IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN GARCIA,

    Plaintiff,

v.                                      CASE NO. 1:07-cv-00170-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that the Defendant's motion to remand be granted. The time for filing objections has passed, and none have been filed. The Court agrees that this case should be remanded under Sentence Six of 42 U.S.C. § 405(g). Accordingly, it hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. Defendant's motion to remand (doc. 9) is GRANTED, and this cause is hereby REMANDED to the Commissioner under sentence six for further proceedings by the Appeals Council. The Plaintiff is directed to file a Status Report on or before May 16, 2008, advising the Court of the status of the administrative proceedings and every three months thereafter.

**DONE AND ORDERED** this *7th* day of March, 2008

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge