IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN GARCIA,

    Plaintiff,

v.                                             CASE NO. 1:07-cv-00170-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

Pending before the Court is Defendant's Motion To Remand. (Doc. 35.) Defendant requests the Court to remand this case to the Commissioner for further proceedings. Pursuant to Local Rule 7.1(b), counsel for Defendant represents that he has conferred with counsel for Plaintiff and Plaintiff does not object to the relief requested.

Defendant requests the Court to remand this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Upon request of agency counsel, the Appeals Council has reviewed the administrative decision and determined that remand is appropriate.

It is respectfully **RECOMMENDED** that Defendant's Motion To Remand (Doc. 35) be **GRANTED**, and that this action be **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner. On remand the

administrative law judge should give further consideration to the claimant's moderate difficulties in maintaining social functioning and to Dr. Tozzo-Julian's opinion that the claimant is socially withdrawn and would have moderate limitations in the ability to interact with supervisors and co-workers and respond appropriately to usual work situations and to changes in a routine work setting. The ALJ will also be directed to obtain vocational expert evidence regarding the erosion of the claimant's occupational base.  It is also **RECOMMENDED** that the Clerk be directed to enter final judgment accordingly, terminate any pending motions, and close the file.

At Gainesville, Florida, this 21st day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**