IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN GARCIA,

    Plaintiff,

v.                                                        CASE NO. 1:07-cv-00170-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 37, Report and Recommendation of the Magistrate Judge, recommending that the Court grant Doc. 35, the Government's Motion to Remand. The time for filing objections has passed, and none have been filed.

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The motion to remand is granted, with the instructions described in the Report and Recommendation.

Pursuant to <u>Bergen v. Commissioner</u>, 454 F.3d 1273, 1277-78 (11th Cir. 2006), proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The Plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice from the Defendant Commissioner as to Plaintiff's past due benefits.

This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE AND ORDERED** this _27th_ day of October, 2010

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge