IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE ANN GARCIA,

    Plaintiff,

v.                              CASE NO. 1:07-cv-00170-MP -GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 40, Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The parties agree to the amount of fees. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff is awarded attorney fees under EAJA in the amount of $2,803,91, subject to any offsetting debt owed by the Plaintiff to the United States. If the agreement between Plaintiff and Plaintiff's Counsel is such that these fees are assigned to Plaintiff Counsel, any fees or partial fees received by the Plaintiff are to be considered held in trust for, and payable to, Plaintiff's Counsel.

**DONE AND ORDERED** this _21st_ day of December, 2010

                                  *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge